IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES UTSEY                                                                                              PLAINTIFF

VS.                                           Case No. 4:12-cv-4003

RACHEL NIX, ET AL.                                                                              DEFENDANTS

## ORDER

      Before the Court is a Motion for Substitution of Counsel filed on behalf of Defendants. (ECF No. 20). Defendants move the Court to substitute C. Joseph Cordi, Jr. as counsel of record in place of Sherri L. Robinson. Defendants state that Ms. Robinson is no longer employed by the Arkansas Attorney General's Office. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. C. Joseph Cordi, Jr. , of the Arkansas Attorney General's Office, 323 Center Street, Suite 200, Little Rock, Arkansas 72201, is hereby substituted as counsel of record for Defendants in this action. Sherri L. Robinson is removed as counsel of record in this matter, and the Clerk is directed to remove Ms. Robinson from the CM/ECF notification system for this case

      IT IS SO ORDERED, this 2nd day of January, 2013.

      /s/ Susan O. Hickey
      Hon. Susan O. Hickey
      United States District Judge